E-FILED
Friday, 24 May, 2013  04:06:52 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CLARENCE BERNARD WILLIAMSON, III<br>also known as MARK HOWARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM TWADDELL, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 10-3325<br>)<br>)<br>)<br>) |

### STIPULATION TO DISMISS

NOW COMES the Plaintiff, Clarence Bernard Williamson III, a/k/a Mark Howard, and the Defendants, William Twaddell and Richard Young, by and through their attorney, Lisa Madigan, Attorney General of Illinois, and hereby stipulate to the dismissal of this case with prejudice. The Plaintiff and Defendants agree as follows:

1.　This lawsuit shall be dismissed with prejudice and without leave to reinstate.

2.　Each party shall bear their own costs, attorney's fees and expenses.

AGREED:

s/Clarence Bernard Williamson III　　　　　　　　　　　　　　　　Date: 5/24/13
Clarence Bernard Williamson III,
a/k/a Mark Howard, Plaintiff

s/Christopher Higgerson　　　　　　　　　　　　　　　　　　　　Date: 5/24/13
Christopher Higgerson, Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CLARENCE BERNARD WILLIAMSON, III )<br>also known as MARK HOWARD, )<br> )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>WILLIAM TWADDELL, ET AL. )<br> )<br>Defendants. ) | No. 10-3325-SEM-BGC |

### CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2013, the foregoing document, Stipulation to Dismiss was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on May 24, 2013, a copy of the foregoing document was mailed by United States Postal Service, to the following non-registered participant:

Mark Howard, #B-60163
a/k/a Clarence Bernard Williamson, III
Western Illinois Correctional Center
2500 Route 99 South
Mt. Sterling, IL 62353

Respectfully submitted,

s/Christopher Higgerson
Christopher Higgerson #6256085
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
Phone: (217) 782-5819
Fax: (217) 524-5091
E-Mail: chiggerson@atg.state.il.us